DAVID HIRSCHMANN, complainant-appellee,

*v.*

ROSE HIRSCHMANN and JONAS HIRSCHMANN, defendants, and LILLIAN HIRSCHMANN, defendant-appellant.

[Argued October 23d, 1944.    Decided February 2d, 1945.]

*Mr. Milton M. Unger,* for the appellant.

*Mr. A. Harry Moore,* for the appellee.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Egan, which is reported at *135 N. J. Eq. 23.*

Appellant, in her brief, discusses an item concerning household furniture. This item appears not to have been treated in the opinion of the learned Vice-Chancellor nor disposed of by the decree entered in the court below. However, the point was not incorporated in the petition of appeal as a ground for reversal and, therefore, is not subject to examination by this court. *New Jersey B. L. and I. Co.* v. *Lord, 66 N. J. Eq. 344, 350;* *Munger* v. *Munger, 130 N. J. Eq. 279, 286.*

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, PERSKIE, PORTER, COLIE, WELLS, RAFFERTY, THOMPSON, DILL, JJ. 11.

*For reversal*—None.